IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH RENARD SIMON, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | 3:19-CV-2891-D |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice for failure to comply with a court order and for lack of prosecution.

**SO ORDERED**.

March 24, 2020.

SIDNEY A. FITZWATER
SENIOR JUDGE